AO 247 Amended WA,E (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 12 2008

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| United States of America ) | Case No: 2:CR-01-00096-WFN-001 |
| v. ) | USM No: 10312-085 |
| ANTHONY C. SIMS ) | |
| ) | Tracy A. Staab |
| Date of Previous Judgment: 10/29/2002 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of __121__ months **is reduced to** __120__.

Except as provided above, all provisions of the judgment dated __10/29/2002__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 6/11/2008

_____
Judge's signature

Effective Date: 6/11/2008
(if different from order date)

The Honorable Wm. Fremming Nielsen   Senior Judge, U.S. District Court
Printed name and title